In the Matter of JAMES AMBROSE GALLAGHER (Also Known as JAMES A. GALLAGHER), an Attorney, Respondent.

First Department, February 7, 1941.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On December 13, 1940, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, therefore, he must be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Respondent disbarred.